**FILED**

APR 08 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | No CV-09-80031 MISC VRW |
| Ricardo Cortez Saria, | |
| State Bar No 74999 | ORDER |

On February 23, 2009, the court issued an order to show cause (OSC) why Ricardo Cortez Saria should not be removed from the roll of attorneys authorized to practice law before this court, based upon his enrollment as an inactive member of State Bar of California pursuant to Section 6007 of the Business and Professions Code, effective November 2, 2008.

The OSC was mailed to Mr Saria's address of record with the State Bar. No response to the OSC has been filed.

The court now orders Ricardo Cortez Saria removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Ricardo Cortez Saria,

        Plaintiff,

_____/

Case Number: CV09-80031 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ricardo Cortez Saria
7717 Church Ave., Spc 72
Highland, CA 92346

Dated: April 8, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*